UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                            CASE NO. 4:14-CR-40017

RICHARD ALLEN HARRIS                                                                        DEFENDANT

**AMENDED ORDER**

On the July 10, 2015, the Court received a Psychiatric Report from Kristina P. Loyd, Ph.D., of the Federal Medical Center in Butner, North Carolina. This report was submitted in response to the Court's Order of December 3, 2014 (ECF No. 18).

In the Psychiatric Report the Federal Medical Center found Defendant to be restored to competency for purposes of assisting in his own defense.

On May 4, 2015, a hearing was held wherein the Government requested the Court order an additional commitment of 120 days for the Defendant. Defendant was present by video conference and represented by Counsel at the hearing. Defendant, through counsel, objected to any additional time of commitment, but in the alternative requested any additional time of commitment include an evaluation of Defendant's current danger assessment as well an assessment of Defendant's competency at the time of the alleged offense. After hearing testimony from the treating medical care providers and mental health experts the Court finds an assessment should be made of Defendant's competency at the time of the alleged offense and of his current danger to himself or others if released.

The medical staff at Federal Medical Center in Butner, North Carolina indicate an additional forty-five (45) days commitment is required to perform the requested assessment.

**IT IS THEREFORE ORDERED** the Government's request for an additional period of

commitment to the Federal Medical Center is **GRANTED**. The Defendant is hereby committed to the custody of the Attorney General or his authorized representative to hospitalize the Defendant for treatment in a suitable facility for such a reasonable period of time, not to extend August 31, 2015, as necessary to determine whether (1) Defendant was competent at the time of the alleged offense, pursuant to 18 U.S.C. § 4242, and (2) Defendant's release would create a substantial risk of bodily injury to another person or serious damage to property of another, pursuant to 18 U.S.C. § 4243.[1]

**IT IS SO ORDERED** this **31st day of July 2015.**

/S/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

---

[1] This Amended Order was entered to clarify the Court's prior Order (ECF No. 21) pursuant to 18 U.S.C. §§ 4242 and 4243.