UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                          CASE NO. 4:14-CR-40017

RICHARD ALLEN HARRIS                                                                        DEFENDANT

**<u>ORDER</u>**

Before the Court is the issue of Defendant's competency to stand trial in this matter. On May 29, 2014, Defendant, through counsel, moved for a psychiatric examination to determine his competency to stand trial. ECF. No. 9.[1] On August 19, 2014, the Honorable Susan O. Hickey, referred this matter to the undersigned for a "determination of competency."

On June 3, 2014, the Court entered its order committing the Defendant to the custody of the Attorney General to determine, pursuant to 18 U.S.C. § 4241, whether the Defendant "is able to understand the nature and consequences of the proceedings against him or to assist properly in his defense." ECF No. 10, p. 3. Defendant was committed to the Attorney General for this determination, and the Government requested several extensions of time to complete the examination. On July 9, 2015, the Federal Bureau of Prisons, acting as the designee of the Attorney General, provided its report and certification to the Court. In this report, the Defendant was determined to be "able to understand the nature and consequences of the proceedings against him and to assist properly in his own defense."

On November 18, 2015, the Court conducted a hearing to determine whether Defendant was competent to proceed. At the hearing, the Government introduced, without objection from the

---

[1] Defendant was originally charged by Complaint on May 5, 2014 (ECF No. 1), and the case was assigned to the undersigned. The Undersigned granted the original motion for psychiatric examination (ECF No. 10) and subsequent requests for extension of time to complete this examination. Defendant was indicted on June 25, 2014. ECF No. 11.

Defendant, the Attorney General's Report and Certification of Competency to Stand Trial. ECF No. 28. This certification and report was admitted as a sealed exhibit at this hearing. Further, counsel for the Government stated he had no further reservations regarding Defendant's competency to proceed. Counsel for Defendant did not call any witnesses but stated to the Court, Defendant was presently able to communicate with him effectively about the case. Counsel further stated, Defendant appeared to understand the charges against him and was also able to assist in his defense. Defendant's Counsel also indicated he believed Defendant to be presently competent to assist in his own defense.

The undersigned also notes the change in the Defendant's ability to participate in this criminal proceeding. At the initial proceeding, Defendant was clearly unable to understand the proceedings or even formulate coherent sentences. At the time of the November 18, 2015 hearing, he responded appropriately to questions from the Court, made appropriate statements or comments himself, and conducted himself in a manner indicating he was aware of what was going on during the proceeding and understood the process.

Based on the foregoing, and pursuant to 18 U.S.C. § 4241(d), I find from a preponderance of the evidence the Defendant, RICHARD ALLEN HARRIS, is capable of understanding the nature of the charges against him and is able to assist counsel in his own defense. The Defendant is competent to stand trial in this matter.

**ENTERED** this **20th day of November 2015.**

      /s/ Barry a. Bryant
     Hon. Barry A. Bryant
     U.S. Magistrate Judge