IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA )
)
V. ) Case No. 4:14CR40017-001
)
RICHARD ALLEN HARRIS )

## ORDER OF DISMISSAL

Now on this same day came on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause on June 25, 2014, be on the same day hereby dismissed without prejudice.

Entered on this 16th day of December, 2016.

_____
(Judge)